IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NATHAN EVANS**, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:21-cv-01618-MN |
| **CANTOR INSURANCE GROUP, LP**, | : |
| Defendant. | : |

**JOINT STATEMENT**
**PURSUANT TO LOCAL RULE 81.2**

The Parties hereby submit this report pursuant to Local Rule 81.2.[1]

1.   This action was transferred to the District of Delaware from the District of Maryland on November 16, 2021 upon the granting of Defendant's motion to transfer or in the alternative to dismiss.

2.   There are no matters currently requiring judicial action.

3.   Plaintiff has indicated an intent to file an amended complaint in this action. Defendant does not oppose this request.

---

[1] This filing is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including lack of subject matter jurisdiction and lack of personal jurisdiction.

DATED: December 7, 2021

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS LLP** | **DLA PIPER LLP (US)** |
| /s/ Jason Z. Miller | /s/ Peter H. Kyle |
| Neal C. Belgam (No. 2721) | Peter H. Kyle (I.D. No. 5918) |
| Jason Z. Miller (No. 6310) | 1201 North Market Street, Suite 2100 |
| 1000 West Street, Suite 1501 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 468-5700 |
| (302) 652-8400 | (302) 394-2143 (Fax) |
| nbelgam@skjlaw.com | peter.kyle@dlapiper.com |
| jmiller@skjlaw.com | |
| | |
| Christopher B. Mead | David A. Paul, Assistant General Counsel |
| (*Pro Hac Vice* forthcoming) | (*Pro Hac Vice* forthcoming) |
| 901 New York Avenue, N.W. | Virginia J. Cárdenas, Assistant General Counsel |
| Suite 500 West | (*Pro Hac Vice* forthcoming) |
| Washington, DC 20001 | 110 East 59th Street, 7th Floor |
| (202) 628-4199 | New York, NY 10022 |
| cmead@schertlerlaw.com | (212) 610-2298 |
| | dpaul@cantor.com |
| | virginia.cardenas@cantor.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Nathan Evans* | *Cantor Insurance Group, LP* |